THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
v. ANTHONY A. PISCOPO, Respondent.

*Appeal — crimes — reversal of judgment of conviction of murder in second degree and grant of new trial — appeal without permission to Court of Appeals dismissed.*

People v. Piscopo, 222 App. Div. 70, appeal dismissed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered December 16, 1927, which reversed a judgment of the Richmond County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Albert C. Fach, District Attorney (Lester L. Callan of counsel), for appellant.*

*Alfred V. Norton for respondent.*

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.